# GODFREY KAHN S.C.

833 EAST MICHIGAN STREET · SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615
TEL · 414.273.3500   FAX · 414.273.5198
www · GKLAW.COM

Associated Trust Company, N.A.
Attn: ▮
Assistant Vice President and Trust Officer
200 N Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

August 04, 2016

Invoice No. 669750
Matter No. 059665-0003

Billing Attorney:
Joe Nicks

Re:   Sommerfield
       2015-01194

*July*

| | | |
|---|---|---|
| Invoice Total | $ | 12,189.28 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | $ | **12,189.28** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #071000288 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: HATRUS44 (FOR FOREIGN WIRES)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC

# GODFREY KAHN S.C.

833 EAST MICHIGAN STREET · SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Associated Trust Company, N.A.
Attn: ▮
Assistant Vice President and Trust Officer
200 N Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

August 04, 2016

Invoice No.    669750
Matter No.     059665-0003

Billing Attorney:
Joe Nicks

Re:   Sommerfield
      2015-01194

For Legal Services Rendered Through July 31, 2016

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/01/16 | Joe Nicks | C100 | A104 | Review Order for Consolidation by Judge Griesbach. | 0.20 | 90.00 |
| 07/01/16 | Joe Nicks | C100 | A104 | Review Sommerfield's Complaint against Citi Corp. | 0.30 | 135.00 |
| 07/01/16 | Joe Nicks | C100 | A104 | Review Judge Pepper's decision dismissing Sommerfield's claim against Judge Atkinson. | 0.20 | 90.00 |
| 07/01/16 | Joe Nicks | C300 | A106 | Prepare emails (2) to ▮ regarding Order entered by Court in Sommerfield lawsuits. | 0.40 | 180.00 |
| 07/01/16 | Joe Nicks | C300 | A107 | Telephone conference with Mr. Timm regarding consolidation of cases. | 0.20 | 90.00 |
| 07/01/16 | Joe Nicks | C300 | A106 | Telephone conference with ▮ regarding consolidation of cases. | 0.30 | 135.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/06/16 | ███ | L110 | A104 | Analysis of Complaint; conference with Mr. Nicks regarding same; examine prior filings in related proceeding. | 3.40 | 1,054.00 |
| 07/06/16 | Joe Nicks | C100 | A104 | Review Associated Trust's documents regarding administration of Trusts. | 0.90 | 405.00 |
| 07/06/16 | Joe Nicks | C300 | A106 | Prepare email to ███ regarding evaluation of options to respond to Complaint. | 0.20 | 90.00 |
| 07/06/16 | Joe Nicks | L100 | A104 | Review file and legal research regarding theories of liability against Associated Trust. | 1.00 | 450.00 |
| 07/06/16 | Joe Nicks | L100 | A104 | Telephone conference with Mr. Condon regarding consolidation of Federal Court lawsuits. | 0.20 | 90.00 |
| 07/07/16 | ███ | L110 | A106 | Examine correspondence with client regarding allegations in Complaint; conference with Mr. Nicks regarding Complaint. | 0.60 | 186.00 |
| 07/07/16 | Joe Nicks | C100 | A106 | Review emails (2) from ███ regarding response to Sommerfield's Complaint in Federal Court. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/07/16 | Joe Nicks | C300 | A106 | Prepare emails (2) to ▓▓▓ regarding strategy in responding to Sommerfield's recent Complaint in Federal Court. | 0.40 | 180.00 |
| 07/08/16 | Joe Nicks | C100 | A104 | Review recent court filings, including instructions to U.S. Marshall service for service of Summons and Complaint in consolidated actions. | 0.20 | 90.00 |
| 07/11/16 | ▓▓▓ | L210 | A106 | Examine correspondence with client regarding newly filed Complaint. | 0.30 | 93.00 |
| 07/11/16 | Joe Nicks | L120 | A106 | Review email from ▓▓▓ regarding defenses to Sommerfield's Complaint in federal court. | 0.10 | 45.00 |
| 07/11/16 | Joe Nicks | C300 | A106 | Prepare email to ▓▓▓ regarding review of Associated Trust's files. | 0.30 | 135.00 |
| 07/11/16 | Joe Nicks | C100 | A108 | Telephone conference with Beverly Sommerfield and Randall Sommerfield regarding newly filed federal lawsuits. | 0.30 | 135.00 |
| 07/11/16 | Joe Nicks | C100 | A108 | Prepare email to Beverly Sommerfield with copies of Complaints in newly filed federal lawsuits. | 0.20 | 90.00 |
| 07/11/16 | Joe Nicks | C300 | A106 | Review email from ▓▓▓ with copy of CF and TF Trust No. 1 | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/12/16 | Joe Nicks | C300 | A106 | Prepare email to ▅▅ regarding CF and TF Trust No. 1. | 0.30 | 135.00 |
| 07/12/16 | Joe Nicks | L120 | A104 | Review court filings regarding Sommerfield's refusal to consent to proceed before magistrate judge. | 0.10 | 45.00 |
| 07/13/16 | ▅▅▅▅▅ | C200 | A102 | Analysis of case law regarding potential motion to dismiss; further examine complaint. | 2.70 | 837.00 |
| 07/13/16 | Joe Nicks | L110 | A106 | Review email from ▅▅ regarding efforts to locate file for Trust No. 1. | 0.10 | 45.00 |
| 07/13/16 | Joe Nicks | L100 | A106 | Prepare email to ▅▅ regarding Sommerfield's refusal to consent to magistrate. | 0.20 | 90.00 |
| 07/15/16 | ▅▅▅▅▅ | L110 | A104 | Further analysis of allegations in complaint; conference with Mr. Nicks regarding allegations. | 0.40 | 124.00 |
| 07/18/16 | Joe Nicks | C300 | A106 | Prepare email to ▅▅ regarding correspondence from Randy and Beverly Sommerfield. | 0.20 | 90.00 |
| 07/18/16 | Joe Nicks | L100 | A108 | Prepare email to Randy and Beverly Sommerfield regarding dismissal of prior federal court cases. | 0.20 | 90.00 |
| 07/18/16 | Joe Nicks | C100 | A108 | Review email from Beverly Sommerfield and Randall Sommerfield with attachments. | 0.30 | 135.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/19/16 | ▆▆▆▆▆▆ | L210 | A102 | Analysis of Sommerfield's recent complaint; conference with Mr. Nicks regarding newly filed Complaint. | 0.70 | 217.00 |
| 07/19/16 | Joe Nicks | L100 | A106 | Review email from ▆▆▆ ▆▆▆ regarding Sommerfield status. | 0.10 | 45.00 |
| 07/19/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Jaekels regarding allegations concerning Attorney Kuehne. | 0.20 | 90.00 |
| 07/19/16 | Joe Nicks | C100 | A104 | Review documents regarding complaint filed by Mr. Sommerfield in federal court. | 1.50 | 675.00 |
| 07/19/16 | Joe Nicks | C300 | A106 | Telephone conference with ▆▆▆▆ regarding most recent lawsuit filed by Mr. Sommerfield in federal court. | 0.30 | 135.00 |
| 07/21/16 | ▆▆▆▆▆▆ | L210 | A104 | Analysis of Court's Order, dismissing recently filed Complaint; conference with Mr. Nicks regarding Court's dismissal Order; examine correspondence with client regarding service. | 0.60 | 186.00 |
| 07/21/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Levanetz regarding representation of Mr. Timm. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/21/16 | Joe Nicks | C300 | A106 | Prepare emails (2) to ▮▮▮▮ regarding service issues and dismissal of Sommerfield's most recent Complaint in Federal Court. | 0.40 | 180.00 |
| 07/21/16 | Joe Nicks | C300 | A107 | Telephone conference with Mr. Timm regarding service of Complaint. | 0.20 | 90.00 |
| 07/21/16 | Joe Nicks | C100 | A104 | Review Decision dismissing the most recent federal lawsuit and Judgment of Dismissal. | 0.30 | 135.00 |
| 07/21/16 | Joe Nicks | C300 | A106 | Telephone conference with ▮▮▮▮ regarding Judge Griesbach's dismissal of Sommerfield's most recent Federal Court lawsuit. | 0.30 | 135.00 |
| 07/22/16 | Joe Nicks | L100 | A107 | Review emails (2) from Mr. Jaekels regarding status of Federal Court lawsuits. | 0.10 | 45.00 |
| 07/22/16 | Joe Nicks | L100 | A107 | Prepare email to Mr. Jaekels regarding status of Federal Court lawsuits. | 0.20 | 90.00 |
| 07/22/16 | Joe Nicks | L100 | A106 | Review email from ▮▮▮▮ regarding service issues. | 0.10 | 45.00 |
| 07/25/16 | ▮▮▮▮ | L200 | A102 | Further research issues presented by Motion to Dismiss. | 1.70 | 527.00 |
| 07/25/16 | ▮▮▮▮ | L210 | A106 | Examine correspondence with client regarding waiver of service. | 0.20 | 62.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/25/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Levanetz regarding coordination of responses to Sommerfield's complaint. | 0.30 | 135.00 |
| 07/25/16 | Joe Nicks | L100 | A108 | Review emails (2) from Randall Sommerfield with information regarding documents sent to Beverly Sommerfield by Marshall Service. | 0.30 | 135.00 |
| 07/25/16 | Joe Nicks | L100 | A108 | Prepare email to ▇ ▇ regarding correspondence from Mr. Randall Sommerfield. | 0.20 | 90.00 |
| 07/26/16 | Joe Nicks | L100 | A106 | Review email from ▇ ▇ regarding status of service on Associated Trust. | 0.10 | 45.00 |
| 07/26/16 | Joe Nicks | L100 | A104 | Review complaints in consolidated cases in Federal Court. | 0.50 | 225.00 |
| 07/28/16 | ▇▇▇▇ | L210 | A102 | Further research issues for Motion to Dismiss. | 1.30 | 403.00 |
| 07/28/16 | ▇▇▇▇ | L210 | A103 | Prepare outline of Motion to Dismiss. | 1.90 | 589.00 |
| 07/28/16 | Joe Nicks | L100 | A106 | Review email from ▇ ▇ regarding Associated Trust's receipt of request to waive service of Complaint. | 0.20 | 90.00 |
| 07/28/16 | Joe Nicks | C300 | A106 | Prepare email to ▇ ▇ regarding request to waive service of Complaint. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/28/16 | Joe Nicks | C300 | A106 | Telephone conference with Mr. Levanetz regarding status of service of Summons and Complaint. | 0.20 | 90.00 |
| 07/29/16 | ▮ | L200 | A103 | Supplement outline for Motion to Dismiss. | 0.40 | 124.00 |
| 07/29/16 | ▮ | L200 | A102 | Continue to examine case law regarding standing. | 0.60 | 186.00 |
| 07/29/16 | ▮ | C200 | A101 | Prepare for and attend meeting with client regarding strategy for motion to dismiss. | 1.50 | 465.00 |
| 07/29/16 | Joe Nicks | C300 | A106 | Meeting with ▮ ▮ and ▮ ▮ regarding response to Federal Court Complaint. | 1.50 | 675.00 |
| | | | | Total Fees | $ | 11,623.00 |

**Disbursements:**

| Code | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 25 | Westlaw User: ▮ Westlaw ID: 14435768, Connect Time: 0:00:00 | | | | | 566.28 |
| | | | | Total Disbursements | $ | 566.28 |
| | | | | **Total For This Invoice** | $ | **12,189.28** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ▉▉▉▉▉▉ | Special Counsel | 16.30 | 310.00 | 5,053.00 |
| **Special Counsel Total** | | **16.30** | | **5,053.00** |
| Joe Nicks | Shareholder | 14.60 | 450.00 | 6,570.00 |
| **Shareholder Total** | | **14.60** | | **6,570.00** |
| **TIMEKEEPER TOTALS** | | **30.90** | | **$11,623.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2016. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*