# GODFREY KAHN S.C.

833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615
TEL•414.273.3500  FAX•414.273.5198
www.GKLAW.COM

Associated Trust Company, N.A.
Attn: █████████
Assistant Vice President and Trust Officer
200 N Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

September 08, 2016

Invoice No.      672138
Matter No.       059665-0003

Billing Attorney:
Joe Nicks

Re:  Sommerfield
     2015-01194

*August* (handwritten)

| | | |
|---|---|---|
| Invoice Total | $ | 7,223.20 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | $ | **7,223.20** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

PLEASE SEND ALL PAYMENTS TO:
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #071000288  ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: HATRUS44 (FOR FOREIGN WIRES)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC

# GODFREY KAHN S.C.

833 EAST MICHIGAN STREET · SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Associated Trust Company, N.A.
Attn: ███████
Assistant Vice President and Trust Officer
200 N Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

September 08, 2016

Invoice No.      672138
Matter No.       059665-0003

Billing Attorney:
Joe Nicks

Re:  Sommerfield
     2015-01194

For Legal Services Rendered Through August 31, 2016

| Date     | Timekeeper | Task | Act  | Description                                                                                                         | Hours | Amount |
|----------|------------|------|------|---------------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/01/16 | Joe Nicks  | L100 | A107 | Telephone conference with Mr. Levanetz regarding service on Associated Trust.                                       | 0.20  | 90.00  |
| 08/02/16 | Joe Nicks  | L100 | A108 | Prepare email to Mr. Randy Sommerfield regarding history of Trust No. 1.                                            | 0.30  | 135.00 |
| 08/03/16 | ███████    | L200 | A103 | Prepare Motion to Dismiss and supporting Memorandum of Law.                                                         | 1.30  | 403.00 |
| 08/03/16 | ███████    | L110 | A106 | Examine correspondence with client regarding conversations with Randy Sommerfield and trust history.                | 0.40  | 124.00 |
| 08/03/16 | Joe Nicks  | L100 | A107 | Telephone conference with Mr. Eslien regarding service of Complaint on Tom Albert.                                  | 0.30  | 135.00 |

GODFREY & KAHN, S.C. IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 08/03/16 | Joe Nicks | L100 | A108 | Telephone conference with Mr. Randy Sommerfield regarding history of CF and TF Albert Trust No. 1. | 0.40 | 180.00 |
| 08/03/16 | Joe Nicks | C300 | A106 | Prepare email to ▮▮ regarding telephone conferences with Mr. Eslien and Mr. Randy Sommerfield. | 0.30 | 135.00 |
| 08/03/16 | Joe Nicks | L100 | A104 | Review email and documents received from Mr. Randy Sommerfield. | 0.30 | 135.00 |
| 08/03/16 | Joe Nicks | L100 | A108 | Prepare email to Mr. Randy Sommerfield regarding questions about CF and TF Albert Trust No. 1. | 0.20 | 90.00 |
| 08/04/16 | ▮▮▮▮ | L110 | A106 | Review email with client regarding updates from Mr. Randy Sommerfield regarding trust. | 0.20 | 62.00 |
| 08/04/16 | Joe Nicks | L100 | A106 | Review email from ▮▮ regarding review of trust documents. | 0.10 | 45.00 |
| 08/04/16 | Joe Nicks | C300 | A106 | Prepare emails (2) to ▮▮ regarding review of trust documents. | 0.30 | 135.00 |
| 08/04/16 | Joe Nicks | L100 | A108 | Review email from Mr. Randy Sommerfield regarding miscellaneous issues related to pending lawsuit. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/05/16 | Joe Nicks | L100 | A106 | Review email from ███ ███ regarding correspondence from Mr. Randy Sommerfield. | 0.10 | 45.00 |
| 08/05/16 | Joe Nicks | L100 | A102 | Telephone conference with Mr. Levanetz regarding representation of various defendants. | 0.20 | 90.00 |
| 08/08/16 | ███████ | L110 | A106 | Review correspondence with client regarding fact investigation and waiver of service. | 0.20 | 62.00 |
| 08/08/16 | Joe Nicks | L100 | A108 | Review email from Mr. Randy Sommerfield regarding other lawsuits filed by Michael Sommerfield. | 0.10 | 45.00 |
| 08/08/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Levanetz regarding Magistrate forms. | 0.20 | 90.00 |
| 08/08/16 | Joe Nicks | L100 | A108 | Review email from Mr. Randy Sommerfield regarding Thelma Albert Trust. | 0.10 | 45.00 |
| 08/08/16 | Joe Nicks | C300 | A106 | Prepare email to ███ ███ regarding correspondence from Mr. Randy Sommerfield. | 0.20 | 90.00 |
| 08/08/16 | Joe Nicks | C300 | A106 | Prepare email to ███ ███ regarding waiver of service issues. | 0.30 | 135.00 |
| 08/08/16 | Joe Nicks | L100 | A104 | Review court documents regarding waiver submitted by Mrs. Sommerfield. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/09/16 | ███████ | L210 | A106 | Review correspondence with client regarding waiver of service. | 0.10 | 31.00 |
| 08/09/16 | Joe Nicks | L100 | A106 | Review emails (2) from ███████ regarding recent filings by Michael Sommerfield. | 0.20 | 90.00 |
| 08/09/16 | Joe Nicks | L100 | A104 | Review recent filings by Michael Sommerfield in Thelma Albert Estate matter. | 0.30 | 135.00 |
| 08/09/16 | Joe Nicks | C300 | A106 | Prepare email to ███████ regarding Michael Sommerfield filings in Thelma Albert Estate matter. | 0.20 | 90.00 |
| 08/09/16 | Joe Nicks | L210 | A103 | Preparation of Notice of Appearance in Federal Court case. | 0.30 | 135.00 |
| 08/10/16 | Joe Nicks | C300 | A106 | Prepare emails (2) to ███████ regarding pleadings in Federal Court case. | 0.40 | 180.00 |
| 08/11/16 | Joe Nicks | L210 | A103 | Prepare Disclosure Statement for Associated Trust Company, N.A. | 0.30 | 135.00 |
| 08/11/16 | Joe Nicks | L100 | A108 | Prepare correspondence to Mr. Sommerfield with copies of pleadings filed by Associated Trust Company, N.A. | 0.20 | 90.00 |
| 08/11/16 | Joe Nicks | L100 | A106 | Review emails (2) from ███████ regarding information for Disclosure Statement. | 0.20 | 90.00 |
| 08/11/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Condon regarding representation of Citigroup. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/11/16 | Joe Nicks | L100 | A104 | Review notice from Marshal's Service regarding Associated Trust's waiver of service of Summons. | 0.10 | 45.00 |
| 08/11/16 | Joe Nicks | C300 | A102 | Prepare email to ▮ ▮ regarding Disclosure Statement filing. | 0.20 | 90.00 |
| 08/11/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Eslien regarding representation of Dr. Albert. | 0.20 | 90.00 |
| 08/16/16 | ▮ | L110 | A104 | Examine Judge's dismissal of Sommerfield matter in state court. | 0.20 | 62.00 |
| 08/16/16 | ▮ | L200 | A106 | Prepare correspondence to client regarding proposed Outline for submission to counsel for Dr. Albert. | 0.10 | 31.00 |
| 08/16/16 | ▮ | L200 | A103 | Revise outline for submission to counsel for Dr. Albert. | 0.40 | 124.00 |
| 08/16/16 | Joe Nicks | L100 | A104 | Review docket entries on CCAP regarding status of cases involving Mr. Sommerfield. | 0.20 | 90.00 |
| 08/16/16 | Joe Nicks | L100 | A104 | Review decision by Judge Atkinson in Citigroup trust matter. | 0.20 | 90.00 |
| 08/16/16 | Joe Nicks | C300 | A106 | Prepare email to ▮ ▮ regarding decision by Judge Atkinson in Citigroup trust matter. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 08/16/16 | Joe Nicks | L100 | A104 | Review notice from Court regarding Waiver of Service by Thomas Albert. | 0.10 | 45.00 |
| 08/16/16 | Joe Nicks | L100 | A106 | Review email from ▮ ▮ regarding miscellaneous issues. | 0.10 | 45.00 |
| 08/17/16 | ▮▮▮▮▮ | L200 | A107 | Telephone call to counsel for Dr. Albert regarding proposed Outline for Motion to Dismiss. | 0.10 | 31.00 |
| 08/17/16 | ▮▮▮▮▮ | L200 | A106 | Review email from ▮ ▮ regarding proposed Outline to counsel for Dr. Albert. | 0.10 | 31.00 |
| 08/18/16 | ▮▮▮▮▮ | L200 | A107 | Prepare correspondence to Mr. Eslien regarding outline for Motion to Dismiss. | 0.10 | 31.00 |
| 08/23/16 | ▮▮▮▮▮ | L200 | A107 | Examine correspondence with counsel for Citigroup regarding response to Complaint. | 0.20 | 62.00 |
| 08/23/16 | Joe Nicks | L100 | A107 | Prepare email to Mr. Condon regarding Citigroup Global Markets representation. | 0.20 | 90.00 |
| 08/23/16 | Joe Nicks | L100 | A107 | Review email from Mr. Condon regarding Citigroup representation issues. | 0.10 | 45.00 |
| 08/25/16 | Joe Nicks | L100 | A104 | Review notice from Court regarding notice of appearance by Mr. Eslien. | 0.10 | 45.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/29/16 | Joe Nicks | C300 | A106 | Prepare email to ▇ ▇ regarding Order entered by Judge Hammer. | 0.20 | 90.00 |
| 08/30/16 | ▇ | L240 | A104 | Analysis of Motion for Summary Judgment. | 0.60 | 186.00 |
| 08/30/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Levanetz regarding receipt of Sommerfield's Motion for Summary Judgment. | 0.20 | 90.00 |
| 08/30/16 | Joe Nicks | L100 | A104 | Review notice from Court regarding admission of service for Citigroup. | 0.10 | 45.00 |
| 08/30/16 | Joe Nicks | L100 | A106 | Prepare email to ▇ ▇ regarding Husch Blackwell representation of Citigroup. | 0.20 | 90.00 |
| 08/30/16 | Joe Nicks | L100 | A108 | Telephone conference with Mr. Heiser and Ms. Wallace regarding Citigroup representation. | 0.20 | 90.00 |
| 08/31/16 | ▇ | L240 | A104 | Conference with Mr. Nicks regarding Motion for Summary Judgment and new action. | 0.20 | 62.00 |
| 08/31/16 | ▇ | L240 | A103 | Initial preparation of Motion to Dismiss. | 2.60 | 806.00 |
| 08/31/16 | Joe Nicks | C300 | A106 | Telephone conference with ▇ regarding pleadings filed by Mr. Sommerfield. | 0.30 | 135.00 |
| 08/31/16 | Joe Nicks | L100 | A104 | Prepare emails (3) to ▇ regarding pleadings filed by Sommerfield. | 0.30 | 135.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/31/16 | Joe Nicks | L100 | A104 | Review Sommerfield's Supplemental Complaint and Motion for Summary Judgment. | 1.00 | 450.00 |
| | | | | Total Fees | $ | 6,833.00 |

**Disbursements:**

| Code | Description | Amount |
|---|---|---|
| 25 | Westlaw User: ███ Westlaw ID: 14435768, Connect Time: 0:00:00 | 205.92 |
| 25 | Westlaw User: ███ Westlaw ID: 14435768, Connect Time: 0:00:00 | 154.44 |
| 53 | Photocopies - Outside - Paid to: NICKS, JOSEPH M: Fee for obtaining copies of currently filed documents from the Register in Probate | 7.00 |
| 08 | Meals - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 8/1/16 On Site Lunch | 22.84 |
| | Total Disbursements $ | 390.20 |
| | **Total For This Invoice** $ | **7,223.20** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ███████████ | Special Counsel | 6.80 | 310.00 | 2,108.00 |
| **Special Counsel Total** | | **6.80** | | **2,108.00** |
| Joe Nicks | Shareholder | 10.50 | 450.00 | 4,725.00 |
| **Shareholder Total** | | **10.50** | | **4,725.00** |
| | | | | |
| **TIMEKEEPER TOTALS** | | **17.30** | | **$6,833.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2016. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*