# GODFREY KAHN s.c.

833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615
TEL·414.273.3500  FAX·414.273.5198
WWW·GKLAW.COM

Associated Trust Company, N.A.
Attn: ███████
Assistant Vice President and Trust Officer
200 N Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

October 10, 2016

Invoice No.      674296
Matter No.       059665-0003

Billing Attorney:
Joe Nicks

Re:   Sommerfield
      2015-01194

*september*

|  | | |
|---|---|---|
| Invoice Total | $ | 26,910.43 |
| Prior Balance Due | $ | 7,223.20 |
| **Total Amount Now Due** | $ | **34,133.63** |

## Prior Balance - Invoice Summary

| Date | Invoice # | Billed | Credits | Balance |
|---|---|---|---|---|
| 09-08-2016 | 672138 | $7,223.20 | $0.00 | $7,223.20 |
| **Prior Balance Due Total:** | | | | **$7,223.20** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #071000288  ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: HATRUS44 (FOR FOREIGN WIRES)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC

# GODFREY KAHN S.C.

833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615
TEL·414.273.3500  FAX·414.273.5198
www·GKLAW.COM

Associated Trust Company, N.A.
Attn: ███
Assistant Vice President and Trust Officer
200 N Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

October 10, 2016

Invoice No.    674296
Matter No.     059665-0003

Billing Attorney:
Joe Nicks

Re:  Sommerfield
     2015-01194

For Legal Services Rendered Through September 30, 2016

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/01/16 | Joe Nicks | L100 | A102 | Review PACER regarding new lawsuit filed by Sommerfield. | 0.20 | 90.00 |
| 09/01/16 | Joe Nicks | C300 | A106 | Prepare email to ███ ███ regarding new lawsuit filed by Sommerfield. | 0.20 | 90.00 |
| 09/02/16 | Joe Nicks | C300 | A106 | Telephone conference with ███ regarding Judge Griesbach's recusal and new lawsuit. | 0.20 | 90.00 |
| 09/06/16 | ███ | L240 | A104 | Analysis of case law in support of Motion to Dismiss. | 1.80 | 558.00 |
| 09/06/16 | Joe Nicks | L100 | A104 | Review PACER regarding judicial assignment in Sommerfield's claim against Judge Atkinson and Associated Trust. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/06/16 | Joe Nicks | L100 | A106 | Prepare email to ▮▮▮ regarding assignment of Judge Clevert to recent lawsuit. | 0.20 | 90.00 |
| 09/06/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Levanetz regarding Motion to Dismiss. | 0.20 | 90.00 |
| 09/06/16 | Joe Nicks | L100 | A107 | Prepare email to Mr. Levanetz regarding Motion to Dismiss. | 0.20 | 90.00 |
| 09/07/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Jaekels regarding allegations in plaintiff's supplement regarding Carl Kuehne. | 0.20 | 90.00 |
| 09/07/16 | Joe Nicks | L210 | A103 | Prepare first draft of Local Rule 7(h) Motion to Stay Summary Judgment deadline. | 1.00 | 450.00 |
| 09/08/16 | ▮▮▮ | L240 | A103 | Prepare Motion to Dismiss. | 2.40 | 744.00 |
| 09/08/16 | ▮▮▮ | L240 | A103 | Revise Motion to Stay Plaintiff's Motion for Summary Judgment. | 0.20 | 62.00 |
| 09/08/16 | ▮▮▮ | L200 | A103 | Initial preparation of Motion for Sanctions and supporting Affidavits. | 2.10 | 651.00 |
| 09/08/16 | Joe Nicks | C300 | A105 | Meeting with ▮▮▮ to discuss preparation of Motion to Dismiss. | 0.30 | 135.00 |
| 09/08/16 | Joe Nicks | L100 | A104 | Review file, including complaints, regarding allegations made by Sommerfield to prepare for Motion to Dismiss. | 1.20 | 540.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/08/16 | Joe Nicks | L210 | A103 | Preparation of Certificate of Service regarding Motion to Stay Summary Judgment Motion. | 0.20 | 90.00 |
| 09/08/16 | Joe Nicks | C300 | A106 | Prepare emails (2) to ▇▇▇ regarding Motion to Stay Motion for Summary Judgment. | 0.30 | 135.00 |
| 09/09/16 | ▇▇▇ | L240 | A104 | Analysis of scheduling Order on Motion to Stay the Motion for Summary Judgment. | 0.10 | 31.00 |
| 09/09/16 | ▇▇▇ | L200 | A104 | Analysis of case law in support of Motion for Sanctions. | 1.30 | 403.00 |
| 09/09/16 | ▇▇▇ | L240 | A104 | Analysis of case law in support of Motion to Dismiss. | 1.50 | 465.00 |
| 09/09/16 | ▇▇▇ | L240 | A103 | Prepare Memorandum in Support of Motion to Dismiss. | 2.80 | 868.00 |
| 09/09/16 | ▇▇▇ | C200 | A102 | Legal research regarding adoption of incorporation by reference doctrine by Wisconsin courts; conference with Mr. Nicks regarding research. | 1.20 | 402.00 |
| 09/09/16 | Joe Nicks | C200 | A102 | Legal research for Motion to Dismiss. | 1.00 | 450.00 |
| 09/09/16 | Joe Nicks | C300 | A106 | Telephone conference with ▇▇▇ regarding strategy for Motion to Dismiss. | 0.30 | 135.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/09/16 | Joe Nicks | L100 | A104 | Review notice from Court regarding Order regarding stay of Motion for Partial Summary Judgment. | 0.10 | 45.00 |
| 09/09/16 | Joe Nicks | C300 | A106 | Prepare email to ▓▓▓ ▓▓▓ regarding Order entered by Judge Griesbach. | 0.20 | 90.00 |
| 09/09/16 | Joe Nicks | L210 | A104 | Review file to compile facts for Affidavit in Support of Motion for Sanctions. | 1.60 | 720.00 |
| 09/10/16 | ▓▓▓▓▓▓▓▓▓▓ | L200 | A103 | Draft Motion for Sanctions. | 3.10 | 961.00 |
| 09/10/16 | Joe Nicks | L210 | A103 | Preparation of Affidavit in Support of Motion for Sanctions. | 2.70 | 1,215.00 |
| 09/11/16 | Joe Nicks | L210 | A103 | Preparation of Brief in Support of Motion to Dismiss. | 2.00 | 900.00 |
| 09/12/16 | Joe Nicks | C300 | A107 | Telephone conferences with Mr. Levanetz (representing David Timm) and Mr. Eslien (representing Thomas Albert) regarding Motions to Dismiss deadline. | 0.40 | 180.00 |
| 09/12/16 | Joe Nicks | L210 | A103 | Continue preparation of Affidavit for Motion for Sanctions and Brief in Support of Motion to Dismiss. | 4.70 | 2,115.00 |
| 09/13/16 | ▓▓▓▓▓▓▓▓▓▓ | L240 | A104 | Examine case law in support of Motion to Dismiss. | 3.60 | 1,116.00 |
| 09/13/16 | ▓▓▓▓▓▓▓▓▓▓ | C200 | A103 | Draft Memorandum in Support of Motion to Dismiss. | 4.20 | 1,302.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/14/16 | ▉▉▉▉▉▉▉ | L240 | A103 | Further work on Memorandum for Motion to Dismiss. | 5.70 | 1,767.00 |
| 09/14/16 | ▉▉▉▉▉▉▉ | L240 | A104 | Supplemental analysis of case law in support of Motion to Dismiss. | 2.20 | 682.00 |
| 09/14/16 | ▉▉▉▉▉▉▉ | L200 | A103 | Supplement Motion for Sanctions. | 0.50 | 155.00 |
| 09/14/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Levanetz regarding schedule for Motions to Dismiss. | 0.30 | 135.00 |
| 09/14/16 | Joe Nicks | L100 | A104 | Review notice from the Court regarding filings by Citigroup Trust. | 0.10 | 45.00 |
| 09/14/16 | Joe Nicks | L210 | A103 | Prepare background statement for Motion for Sanctions. | 1.30 | 585.00 |
| 09/15/16 | Joe Nicks | C400 | A107 | Telephone conference with Ms. Lawless regarding answer deadlines. | 0.30 | 135.00 |
| 09/15/16 | Joe Nicks | C400 | A107 | Review email from Mr. Eslien with draft Motion to Dismiss for Thomas Albert. | 0.30 | 135.00 |
| 09/15/16 | Joe Nicks | C300 | A106 | Prepare email to ▉▉▉ ▉▉▉▉ regarding Sommerfield's refiled Motion for Partial Summary Judgment. | 0.20 | 90.00 |
| 09/15/16 | Joe Nicks | C400 | A104 | Review email from Ms. Lawless with case law regarding the Rooker Feldman doctrine. | 0.30 | 135.00 |
| 09/15/16 | Joe Nicks | L210 | A103 | Prepare Affidavit in Support of Motion to Dismiss. | 0.40 | 180.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/15/16 | Joe Nicks | L210 | A104 | Review notices from Court (4) regarding multiple pleadings filed by Sommerfield. | 0.40 | 180.00 |
| 09/16/16 | ▆▆▆▆ | L200 | A104 | Review unpublished authority in support of Defendant's Motion for Sanctions. | 0.30 | 76.50 |
| 09/16/16 | Joe Nicks | L210 | A103 | Review and revise Motion for Sanctions and Memorandum in Support of Motion for Sanctions. | 0.40 | 180.00 |
| 09/16/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Eslien regarding Thomas Albert's Motion to Dismiss. | 0.20 | 90.00 |
| 09/16/16 | Joe Nicks | L100 | A104 | Review notice from Court regarding Motion to Dismiss and Brief filed by Mr. Timm. | 0.30 | 135.00 |
| 09/16/16 | Joe Nicks | C300 | A106 | Prepare emails (2) to ▆▆▆▆ regarding Motion to Dismiss filed by Mr. Timm. | 0.40 | 180.00 |
| 09/16/16 | Joe Nicks | L210 | A103 | Proofread and revise Brief in Support of Motion to Dismiss. | 0.90 | 405.00 |
| 09/18/16 | Joe Nicks | C300 | A106 | Review email from ▆▆▆▆ regarding proposed revisions to Motion for Sanctions. | 0.20 | 90.00 |
| 09/18/16 | oe Nicks | L210 | A104 | Review Motion to Dismiss filed for Thomas Albert. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/18/16 | Joe Nicks | C300 | A106 | Prepare email to ▮▮ regarding Motions to Dismiss by David Timm and Thomas Albert. | 0.20 | 90.00 |
| 09/18/16 | Joe Nicks | C300 | A106 | Prepare email to ▮▮ regarding proposed revisions to Motion for Sanctions. | 0.20 | 90.00 |
| 09/18/16 | Joe Nicks | L210 | A103 | Review and revise Memorandum in Support of Motion for Sanctions. | 0.90 | 405.00 |
| 09/19/16 | ▮▮ | L240 | A103 | Final preparation of Motion to Dismiss and Supporting Memorandum of Law. | 5.90 | 1,829.00 |
| 09/19/16 | ▮▮ | L200 | A103 | Edit Motion for Sanctions. | 0.60 | 186.00 |
| 09/19/16 | Joe Nicks | L210 | A103 | Review and revise Motion for Sanctions. | 1.00 | 450.00 |
| 09/19/16 | Joe Nicks | L120 | A106 | Meeting with ▮▮ to review Motion to Dismiss and Motion for Sanctions. | 0.90 | 405.00 |
| 09/20/16 | Joe Nicks | L210 | A104 | Review Motion to Dismiss and Brief filed by Beverly Sommerfield. | 0.30 | 135.00 |
| 09/20/16 | Joe Nicks | L120 | A106 | Prepare email to ▮▮ regarding Beverly Sommerfield Motion to Dismiss and Brief. | 0.20 | 90.00 |
| 09/21/16 | ▮▮ | L200 | A104 | Analysis of Order granting Motion to Stay. | 0.10 | 31.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/21/16 | Joe Nicks | L210 | A104 | Review notice from Court regarding decision to stay Motion for Partial Summary Judgment. | 0.20 | 90.00 |
| 09/21/16 | Joe Nicks | C300 | A106 | Prepare email to ▮ ▮ regarding Order received from Judge Griesbach. | 0.20 | 90.00 |
| 09/23/16 | Joe Nicks | L100 | A104 | Review notices (2) from Court regarding Beverly Sommerfield pleadings. | 0.10 | 45.00 |
| 09/23/16 | Joe Nicks | L100 | A108 | Review email from Beverly Sommerfield regarding pleadings she filed. | 0.20 | 90.00 |
| 09/23/16 | Joe Nicks | L100 | A108 | Conference with Mr. Jaekels regarding status as it affects Mr. Kuehne. | 0.20 | 90.00 |
| 09/26/16 | Joe Nicks | L100 | A104 | Review email from Ms. Beverly Sommerfield regarding service of pleadings. | 0.10 | 45.00 |
| 09/28/16 | Joe Nicks | C300 | A106 | Prepare email to ▮ ▮ regarding status of Sommerfield lawsuit against Associated Trust and Judge Atkinson. | 0.20 | 90.00 |
| | | | | Total Fees | $ | 25,204.50 |

**Disbursements:**

| Code | Description | Amount |
|---|---|---|
| 25 | Westlaw User: ▮ Westlaw ID: 14435768, Connect Time: 0:00:00 | 51.48 |
| 25 | Westlaw User: ▮ Westlaw ID: 14435768, Connect Time: 0:00:00 | 360.36 |

| Code | Description | Amount |
|---|---|---:|
| 25 | Westlaw User: ▓▓▓▓▓ Westlaw ID: 14435768, Connect Time: 0:00:00 | 1,081.08 |
| 53 | Photocopies - Outside - Paid to: NICKS, JOSEPH M: Fee for obtaining copies of documents from Register in Probate | 4.00 |
| 01 | Photocopies | 72.90 |
| 01 | Photocopies | 0.45 |
| 01 | Photocopies | 0.90 |
| 01 | Photocopies | 10.80 |
| 01 | Photocopies | 18.00 |
| 25 | Westlaw User: ▓▓▓▓▓ Westlaw ID: 14435768, Connect Time: 0:00:00 | 102.96 |
| 01 | Photocopies | 3.00 |

|  | Total Disbursements | $ | 1,705.93 |
|---|---|---|---:|
|  | **Total For This Invoice** | $ | **26,910.43** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ▇▇▇▇▇▇▇ | Special Counsel | 38.10 | 310.00 | 11,811.00 |
| **Special Counsel Total** | | **38.10** | | **11,811.00** |
| ▇▇▇▇▇▇▇ | Associate | 1.20 | 335.00 | 402.00 |
| ▇▇▇▇▇▇▇ | Associate | 0.30 | 255.00 | 76.50 |
| **Associate Total** | | **1.50** | | **478.50** |
| Joe Nicks | Shareholder | 28.70 | 450.00 | 12,915.00 |
| **Shareholder Total** | | **28.70** | | **12,915.00** |
| | | | | |
| **TIMEKEEPER TOTALS** | | **68.30** | | **$25,204.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2016. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*