Associated Trust Company, N.A.
Attn: ███████
Assistant Vice President and Trust Officer
200 N Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

November 08, 2016

Invoice No.    677294
Matter No.     059665-0003

Billing Attorney:
Joe Nicks

Re:  Sommerfield
     2015-01194

*October*

| | | |
|---|---|---|
| Invoice Total | $ | 5,660.68 |
| Prior Balance Due | $ | 26,910.43 |
| **Total Amount Now Due** | $ | **32,571.11** |

## Prior Balance - Invoice Summary

| Date | Invoice # | Billed | Credits | Balance |
|---|---|---|---|---|
| 10-10-2016 | 674296 | $26,910.43 | $0.00 | $26,910.43 |
| **Prior Balance Due Total:** | | | | **$26,910.43** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

PLEASE SEND ALL PAYMENTS TO:
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: BMO HARRIS BANK N.A.  BANK ABA: #071000288  ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714  SWIFT CODE: HATRUS44 (FOR FOREIGN WIRES)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY, APPLETON WI; AND WASHINGTON, DC

# GODFREY KAHN s.c.

833 EAST MICHIGAN STREET · SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615
TEL 414.273.3500  FAX 414.273.5198
WWW·GKLAW.COM

Associated Trust Company, N.A.
Attn: ███
Assistant Vice President and Trust Officer
200 N Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

November 08, 2016

Invoice No.  677294
Matter No.   059665-0003

Billing Attorney:
Joe Nicks

Re:  Sommerfield
     2015-01194

For Legal Services Rendered Through October 31, 2016

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/04/16 | ███ | L240 | A104 | Analysis of Sommerfield's Response to Motion to Dismiss and supporting documents. | 0.30 | 93.00 |
| 10/04/16 | Joe Nicks | L100 | A104 | Review notice from Court regarding Sommerfield's Motion for Issuance of Subpoena to Bellin Hospital. | 0.20 | 90.00 |
| 10/04/16 | Joe Nicks | L100 | A104 | Review notice from Court regarding Sommerfield's Motion for Issuance of Subpoena to Bellin Hospital. | 0.20 | 90.00 |
| 10/04/16 | Joe Nicks | C300 | A106 | Prepare email to ███ ███ regarding Sommerfield's Motion for Issuance of Subpoena to Bellin Hospital. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/04/16 | Joe Nicks | L100 | A104 | Review Sommerfield's Opposition to Defendants' Motions to Dismiss and Exhibits. | 1.00 | 450.00 |
| 10/04/16 | Joe Nicks | C300 | A106 | Prepare email to ▮▮ regarding Sommerfield's opposition to Motions to Dismiss. | 0.20 | 90.00 |
| 10/05/16 | ▮▮ | L210 | A104 | Examine Complaint filed by Sommerfield against Citibank, et al. | 0.20 | 62.00 |
| 10/05/16 | Joe Nicks | L100 | A104 | Review new federal court complaint by Sommerfield against Beverly Sommerfield, Randall Sommerfield, and Citigroup. | 0.30 | 135.00 |
| 10/05/16 | Joe Nicks | L100 | A104 | Review email from ▮▮ with request for as filed copies of Motion to Dismiss. | 0.10 | 45.00 |
| 10/05/16 | Joe Nicks | L100 | A106 | Prepare email to ▮▮ with as-filed copies of the Motion to Dismiss. | 0.20 | 90.00 |
| 10/06/16 | ▮▮ | L240 | A106 | Correspond with client regarding proposed Reply to Motion to Dismiss. | 0.30 | 93.00 |
| 10/06/16 | ▮▮ | L240 | A104 | Further analysis of Plaintiff's Response to Motion to Dismiss. | 0.50 | 155.00 |
| 10/06/16 | Joe Nicks | C300 | A106 | Prepare email to ▮▮ regarding draft response to Sommerfield's Request for Subpoena to Bellin Hospital. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/06/16 | Joe Nicks | L100 | A104 | Review notice from Court regarding filing by Sommerfield. | 0.10 | 45.00 |
| 10/06/16 | Joe Nicks | L100 | A104 | Review Sommerfield's response to Defendants' Motion to Dismiss. | 0.50 | 225.00 |
| 10/06/16 | Joe Nicks | L210 | A103 | Prepare response to Sommerfield's Motion for Issuance of Subpoena to Bellin Hospital. | 0.60 | 270.00 |
| 10/06/16 | Joe Nicks | L100 | A106 | Review email from ▇▇▇ approving response to Sommerfield's Motion for Subpoena. | 0.10 | 45.00 |
| 10/06/16 | Joe Nicks | L210 | A103 | Prepare and file Certificate of Service regarding response to Plaintiff's Motion for Subpoena. | 0.20 | 90.00 |
| 10/10/16 | ▇▇▇ | L240 | A104 | Further examination of Plaintiff's Response Brief to Motion to Dismiss. | 0.40 | 124.00 |
| 10/10/16 | ▇▇▇ | L240 | A104 | Analysis of case law in support of Reply brief. | 0.70 | 217.00 |
| 10/10/16 | ▇▇▇ | L240 | A106 | Prepare correspondence to client regarding proposed Reply brief. | 0.20 | 62.00 |
| 10/10/16 | ▇▇▇ | L240 | A103 | Prepare Reply in Support of Motion to Dismiss. | 2.60 | 806.00 |
| 10/10/16 | Joe Nicks | L210 | A104 | Review draft Reply Brief for Motion to Dismiss. | 0.30 | 135.00 |
| 10/11/16 | Joe Nicks | L120 | A106 | Telephone conference with ▇▇▇ regarding review of draft Reply Brief. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/11/16 | Joe Nicks | L100 | A107 | Telephone conference with Mr. Levanetz regarding reply briefing for Motions to Dismiss. | 0.20 | 90.00 |
| 10/11/16 | Joe Nicks | L100 | A107 | Prepare email to Mr. Levanetz regarding reply briefing for Motion to Dismiss. | 0.20 | 90.00 |
| 10/11/16 | Joe Nicks | L100 | A104 | Review decision dismissing Sommerfield's claim against Beverly Sommerfield, Randall Sommerfield, and Citi Bank. | 0.20 | 90.00 |
| 10/11/16 | Joe Nicks | L100 | A103 | Prepare email to ▉ ▉ regarding decision by Judge Griesbach. | 0.20 | 90.00 |
| 10/12/16 | ▉ | L240 | A103 | Finalize Reply in Support of Motion to Dismiss. | 0.80 | 248.00 |
| 10/13/16 | ▉ | L200 | A103 | Finalize Motion for Sanctions. | 0.40 | 124.00 |
| 10/13/16 | Joe Nicks | L210 | A104 | Review Reply Brief filed in support of Mr. Timm's Motion to Dismiss. | 0.30 | 135.00 |
| 10/14/16 | ▉ | L240 | A106 | Prepare email to client regarding Associated's recent filings and Mr. Timm's Reply to Motion to Dismiss. | 0.20 | 62.00 |
| 10/14/16 | ▉ | L200 | A106 | Prepare correspondence to client regarding Motion for Sanctions. | 0.20 | 62.00 |
| 10/19/16 | Joe Nicks | L100 | A106 | Prepare email to ▉ ▉ regarding revisions to litigation budget. | 0.20 | 90.00 |

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/20/16 | ▮▮▮▮▮ | L210 | A106 | Examine email from client regarding new Sommerfield Complaint. | 0.10 | 31.00 |
| 10/20/16 | ▮▮▮▮▮ | L210 | A104 | Analysis of new Sommerfield Complaint. | 0.10 | 31.00 |
| 10/20/16 | Joe Nicks | L100 | A106 | Review email from ▮ ▮ regarding budget for remainder of case. | 0.10 | 45.00 |
| 10/21/16 | Joe Nicks | L100 | A104 | Review Sommerfield's new complaint against Mr. Kuehne. | 0.20 | 90.00 |
| 10/24/16 | ▮▮▮▮▮ | L210 | A104 | Examine new Complaint filed by Sommerfield. | 0.20 | 62.00 |
| 10/24/16 | ▮▮▮▮▮ | L200 | A106 | Examine email from client regarding Sommerfield's request to proceed informa pauperis. | 0.10 | 31.00 |
| 10/25/16 | Joe Nicks | L120 | A106 | Review email from ▮ ▮ regarding Sommerfield's informa pauperis request. | 0.10 | 45.00 |
| 10/28/16 | Joe Nicks | L100 | A104 | Review Motion for Subpoena received from Mr. Sommerfield. | 0.20 | 90.00 |
| 10/30/16 | ▮▮▮▮▮ | L350 | A104 | Examine Motion for Subpoena filed by Sommerfield. | 0.10 | 31.00 |
| 10/30/16 | ▮▮▮▮▮ | L350 | A106 | Prepare email to client regarding Sommerfield's Motion for Subpoena. | 0.10 | 31.00 |

|  |  | Total Fees | $ | 5,250.00 |

**Disbursements:**

| Code | Description | | | Amount |
|---|---|---|---|---|
| 25 | Westlaw User: ▇▇▇▇▇▇ Westlaw ID: 14435768, Connect Time: 0:00:00 | | | 314.08 |
| 01 | Photocopies | | | 96.60 |
|  |  | Total Disbursements | $ | 410.68 |
|  |  | **Total For This Invoice** | $ | **5,660.68** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | Special Counsel | 7.50 | 310.00 | 2,325.00 |
| **Special Counsel Total** | | **7.50** | | **2,325.00** |
| Joe Nicks | Shareholder | 6.50 | 450.00 | 2,925.00 |
| **Shareholder Total** | | **6.50** | | **2,925.00** |
| | | | | |
| **TIMEKEEPER TOTALS** | | **14.00** | | **$5,250.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2016. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*